UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

February 17, 2011

**LETTER ORDER**

Re:  Bragg v. Hughes, et al.
     Civil Action No. 10-1261 (GEB)

Dear Counsel and Mr. Bragg:

Currently pending before the Court are Plaintiff Brian Keith Bragg's Motion to Reopen the Case [Docket Entry No. 14] and Motion to Compel U.S. Marshal Service on Steve Davis, Lieutenant Gorsky and Jackie McCall ("Defendants") [Docket Entry No. 16]. It appears to the Court that this matter has never been closed and that Defendants have already been served [Docket Entry No. 17]. Therefore, the Court holds that both of the instant motions are dismissed as moot.

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT ADMINISTRATIVELY TERMINATE THESE MOTIONS [DOCKET ENTRY NOS. 14 AND 16] ACCORDINGLY

   s/ Tonianne J. Bongiovanni
   **TONIANNE J. BONGIOVANNI**
   **United States Magistrate Judge**